UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATT JENKINS, )
)
Plaintiff(s), )
)
vs. ) Case No. 5:11-cv-00579-FL
)
CACH, LLC, et al, )
)
Defendant(s). )
)

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

James T. Ward, Sr., Chapter 7 Trustee for Matthew Alan Jenkins who is Moving Party - Intervenor ,
(Name of party.)   (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity ?
   ( ) Yes       (X) No
2. Does party have any parent corporations ?
   ( ) Yes       (X) No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly

held entity ?
    ( ) Yes               (x) No
If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation ?
    ( ) Yes               (x) No
If yes, identify entity and nature of interest: _____

_/s/ A. Cotten Wright_      5/2/12
(Signature)               (Date)

A. Cotten Wright, Attorney (NC Bar # 21862)
for James T. Ward, Sr.,
Chapter 7 Trustt for
Matthew Alan Jenkins               (02/01)

Grier Furr & Crisp, PA
101 N. Tryon St., Ste. 1240
Charlotte, NC 28246
cwright@grierlaw.com
(704) 375-3720 - Telephone
(704) 332-0215 - Fax