IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATT JENKINS,

    Plaintiff,

v.

CACH LLC and
PENTAGROUP FINANCIAL LLC,

    Defendants.

CASE NO. 5:11-cv-00579-FL

## NOTICE OF RULE 41(a) VOLUNTARY DISMISSAL

Please take notice that, pursuant to an *Order Approving Settlement of Pre-Petition Litigation Claims Against Pentagroup Financial, LLC* entered on June 29, 2012 in the chapter 7 bankruptcy case of Matthew Alan Jenkins, Case No. 12-50413, U.S. Bankruptcy Court for the Western District of North Carolina, Intervenor Plaintiff, James T. Ward, Sr., and Defendant Pentagroup Financial, LLC hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties agree that each party is to bear its own costs and expenses.

This is the 13th day of July, 2012.

Respectfully submitted by:

*A. Cotten Wright*
A. Cotten Wright (State Bar #28162)
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
Phone: 704.332.0207
cwright@grierlaw.com

*/s/ John Allen Thomas*
John Allen Thomas (State Bar #40119)
Hedrick, Gardner, Kincheloe and
  Garofalo, LLP
4011 Westchase Blvd., Suite 300
Raleigh, NC 27607
Phone: 919-719-3706
athomas@hedrickgardner.com